IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KAREN REARDON and LOUIS
REARDON, her husband,                          Civil Action No. 2:21-cv-01642-LPL

     Plaintiffs,

v.

LINCOLN EASTERN MANAGEMENT
CORPORATION; and DAWSON-
SUNCAP SHV, LLC i/t/d/b/a THE ASHBY
AT SOUTH HILLS VILLAGE STATION,

     Defendants.

**DEFENDANT, LINCOLN EASTERN MANAGEMENT CORPORATION'S
DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant, Lincoln Eastern Management Corporation in the above-captioned action, certifies that

the following are parents, subsidiaries and/or affiliates of said party and have issued shares or debt

securities to the public:

**Ontarin Teachers Pension Plan (Canada) and CF Multifamily Inc. (Canada).**

Respectfully submitted,

WALSH, BARNES & ZUMPELLA, P.C.

By    /s/ Susan A. Kostkas
       Paul J. Walsh III, Esquire
       PA I.D. #58843
       Susan A. Kostkas, Esquire
       PA I.D. #79231
       2100 Corporate Drive, Suite 300
       Wexford, PA 15090

(412) 258-2255 - phone
(412) 263-5632 – fax
skostkas@walshlegal.net
*Counsel for Defendants,*
*Lincoln Eastern Management Corporation*
*and Dawson-SunCap SHV, LLC i/t/d/b/a*
*The Ashby at South Hills Village Station*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of **DEFENDANT, LINCOLN EASTERN MANAGEMENT CORPORATION'S DISCLOSURE STATEMENT** has been served by the Electronic Case Filing System for the United District Court for the Western District of Pennsylvania this 18th day of January, 2022 to the following counsel of record:

Erin K. Rudert, Esquire
Ainsman Levine, LLC
310 Grant Street, Suite 1500
Pittsburgh, PA 15219
er@ainsmanlevine.com
*Counsel for Plaintiff*

WALSH, BARNES & ZUMPELLA, P.C.

By    /s/ Susan A. Kostkas
        Paul J. Walsh III, Esquire
        Susan A. Kostkas, Esquire
        *Counsel for Defendants,*
        *Lincoln Eastern Management Corporation*
        *and Dawson-SunCap SHV, LLC i/t/d/b/a*
        *The Ashby at South Hills Village Station*